# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHFIERN DIVISION

JEFFREY S. MUSIAL,

        Plaintiff,

  v.

ALLIANCE SHIPPERS, INC.,

        Defendant.

Case No. 4:25-cv-12476-FKB-DRG

Hon. F. Kay Behm
Mag. Judge David R. Grand

---

CARLA D. AIKENS (P69530)
Carla Aikens, PLC
Attorneys for Plaintiff
615 Griswold Street
Suite 709
Detroit, MI  48226
(844) 835-2993
carla@aikenslawfirm.com

COURTNEY L. NICHOLS (P75160)
ERIK G. BRADBERRY (P86793)
Plunkett Cooney
Attorneys for Defendant
38505 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
(248) 594-6360
cnichols@plunkettcooney.com
ebradberry@plunkettcooney.com

---

## ORDER COMPELLING PRODUCTION OF AUTHORIZATIONS TO OBTAIN MEDICAL AND EMPLOYMENT RECORDS

Pursuant to its Case Management Order (ECF No. 10), the Court held a status conference on April 30, 2026, at 10:00 A.M. Counsel for Defendant appeared at the conference, but Plaintiff's counsel did not.

During the conference, counsel for Defendant provided an update regarding the parties' progress in discovery. To summarize, Defendant served

its first sets of interrogatories and requests for production of documents (the "Discovery Requests") on January 9, 2026. Among other things, Defendant asked Plaintiff to produce authorizations enabling Defendant to obtain Plaintiff's employment and medical records. On April 3, 2026, Plaintiff responded to the Discovery Requests, but did not provide the requested authorizations. Plaintiff's deposition is scheduled to take place on May 18, 2026.

Counsel for Defendant communicated with Plaintiff's counsel on April 10, 17, and 22, 2026 to ask whether Plaintiff would provide the requested authorizations. On April 22, 2026, Plaintiff's counsel indicated she would follow up on the status of the authorizations and get back to defense counsel; however, as of the date of the status conference no further communication about that topic had occurred, and defense counsel still had not received the authorizations to obtain medical and employment records.

**IT IS HEREBY ORDERED** that Plaintiff shall execute and return the requested authorizations in the form provided with the Discovery Requests no later than **seven (7) days** after the entry of this Order.  If Plaintiff fails to comply, the Court may issue monetary sanctions and/or those sanctions set forth in Fed. R. Civ. P. 37(b)(2)(A).

**IT IS HEREBY FURTHER ORDERED** that if Defense counsel has not received all relevant employment and medical records at least seven (7) days prior to Plaintiff's May 18, 2026 deposition, the deposition shall proceed but will remain open, to be concluded after defense counsel's receipt of the requested employment and medical records.

**IT IS HEREBY FURTHER ORDERED** that the Court will hold a status conference after Plaintiff's May 18, 2026 deposition, on **May 21, 2026 at 11:30 A.M..**

**IT IS SO ORDERED**.

Date: April 30, 2026              <u>s/F. Kay Behm</u>
                                 F. Kay Behm
                                 United States District Judge

3